**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Kirby Morgan Dive Systems, Inc., <br><br> PLAINTIFF(S) <br> v. <br><br> Hydrospace, Ltd., et al., <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV 09-04934 RSWL (JEMx) <br><br> ORDER RETURNING CASE <br> FOR REASSIGNMENT |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order No. 08-05.

*Ronald S W Lew*

July 10, 2009
Date

United States District Judge

---

**NOTICE TO COUNSEL FROM CLERK:**

This case has been reassigned to Judge __A. Howard Matz__ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials __AHM__ after the case number in place of the initials of the prior judge so that the case number will read __CV 09-04934 AHM(JEMx)__

This is very important because documents are routed to the assigned judge by means of the initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:
☒ Western   ☐ Southern   ☐ Eastern Division.

**Traditionally filed subsequent documents must be filed at the   ☒ Western   ☐ Southern   ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.**

cc:  ☐ Previous Judge    ☐ Statistics Clerk

---

ORDER RETURNING CASE FOR REASSIGNMENT

CV-89 (05/08)