Daniel M. Cislo, Esq., No. 125,378
dancislo@cislo.com
Kristin B. Kosinski, Esq., No. 237,555
kkosinski@cislo.com
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401-4110
Telephone: (310) 451-0647
Telefax: (310) 394-4477

Attorneys for Plaintiff,
Kirby Morgan Dive Systems, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kirby Morgan Dive Systems, Inc., a California corporation,<br><br>Petitioner,<br><br>vs.<br><br>Hydrospace, Ltd., a Scottish Limited Liability Company, and David Smith, an individual resident of Scotland,<br><br>Respondents. | Case No. CV 09-4934 AHM (JEMx)<br><br>**KIRBY MORGAN DIVE SYSTEMS, INC.'S FILING OF PROOF OF SERVICE OF INITIAL ORDER FOLLOWING FILING OF COMPLAINT ASSIGNED TO JUDGE MATZ ON RESPONDENTS** |

///

///

///

1  Kirby Morgan Dive Systems, Inc. ("Kirby Morgan") files the PROOF OF
2  SERVICE OF INITIAL ORDER FOLLOWING FILING OF COMPLAINT
3  ASSIGNED TO JUDGE MATZ ON RESPONDENTS Hydrospace, Ltd. and
4  David Smith.

Dated: August 5, 2009

Respectfully submitted,

CISLO & THOMAS LLP

By: _____
Daniel M. Cislo, Esq.
Kristin B. Kosinski, Esq.

Attorneys for Plaintiff,
Kirby Morgan Dive Systems, Inc.

T:\08-21581\NOTICE TO COURT RE SERVICE OF INITIAL ORDER UPON RESPONDENTS.DOC

# PROOF OF SERVICE

I am over the age of eighteen (18) years, employed in the County of Los Angeles, and not a party to the above-entitled action. My business address is 1333 2nd Street, Suite 500, Santa Monica, California 90401-4110.

On August 5, 2009, I served:

**INITIAL ORDER FOLLOWING FILING OF COMPLAINT ASSIGNED TO JUDGE MATZ**

by placing a true copy thereof in a sealed envelope, addressed as follows to:

| | |
|---|---|
| Hydrospace Limited<br>National Hyperbaric Centre<br>123 Ashgrove Road West, Road,<br>Aberdeen, AB16 5HA, Scotland UK | David Smith<br>National Hyperbaric Centre<br>123 Ashgrove Road West, Road,<br>Aberdeen, AB16 5HA, Scotland UK |

☒ **BY MAIL**: I am readily familiar with the Firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on the same day with a postage thereon fully prepaid at Santa Monica, California, in the ordinary course of business. I am aware that, on the motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing shown on this proof of service.

☐ **BY OVERNIGHT DELIVERY**: I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for

☐ **BY PERSONAL SERVICE**

☐ FEDERAL COURT: I caused such envelope to be delivered by hand to the offices of the addressee(s).
☐ STATE COURT: I caused such envelope to be delivered by hand to the offices of the addressee(s).

☒ **STATE**: I declare, under penalty of perjury under the laws of the State of California that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on August 5, 2009, at Santa Monica, California.

Laura Banuelos

## PROOF OF SERVICE

I am over the age of eighteen (18) years, employed in the County of Los Angeles, and not a party to the above-entitled action. My business address is 1333 2nd Street, Suite 500, Santa Monica, California 90401-4110.

On August 5, 2009, I served:

**KIRBY MORGAN DIVE SYSTEMS, INC.'S FILING OF PROOF OF SERVICE OF INITIAL ORDER FOLLOWING FILING OF COMPLAINT ASSIGNED TO JUDGE MATZ ON RESPONDENTS**

by placing a true copy thereof in a sealed envelope, addressed as follows to:

| | |
|---|---|
| Hydrospace Limited<br>National Hyperbaric Centre<br>123 Ashgrove Road West, Road,<br>Aberdeen, AB16 5HA, Scotland UK | David Smith<br>National Hyperbaric Centre<br>123 Ashgrove Road West, Road,<br>Aberdeen, AB16 5HA, Scotland UK |

☒ **BY MAIL**: I am readily familiar with the Firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on the same day with a postage thereon fully prepaid at Santa Monica, California, in the ordinary course of business. I am aware that, on the motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing shown on this proof of service.

☐ **BY OVERNIGHT DELIVERY**: I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for

☐ **BY PERSONAL SERVICE**

　　☐ FEDERAL COURT: I caused such envelope to be delivered by hand to the offices of the addressee(s).
　　☐ STATE COURT: I caused such envelope to be delivered by hand to the offices of the addressee(s).

☒ **STATE**: I declare, under penalty of perjury under the laws of the State of California that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on August 5, 2009, at Santa Monica, California.

*/s/ Laura Banuelos*
Laura Banuelos