Daniel M. Cislo, Esq., No. 125,378
dancislo@cislo.com
Kristin B. Kosinski, Esq., No. 237,555
kkosinski@cislo.com
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401-4110
Telephone: (310) 451-0647
Telefax: (310) 394-4477

Attorneys for Plaintiff,
Kirby Morgan Dive Systems, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kirby Morgan Dive Systems, Inc., a California corporation,<br><br>    Petitioner,<br><br>vs.<br><br>Hydrospace, Ltd., a Scottish Limited Liability Company, and David Smith, an individual resident of Scotland,<br><br>    Respondents. | Case No. CV 09-4934 RSWL (JEMx)<br><br>**KIRBY MORGAN DIVE SYSTEMS, INC.'S NOTICE OF FILING OF PROOFS OF SERVICE UNDER THE HAGUE CONVENTION ON HYDROSPACE, LTD. AND DAVID SMITH OF PETITION TO CONFIRM ARBITRATION AWARD AND ENTER JUDGMENT** |

///

///

///

TO THE HONORABLE COURT, AND ALL PARTIES OF RECORD:

Kirby Morgan Dive Systems, Inc. ("Kirby Morgan") files the NOTICE OF PROOFS OF SERVICE UNDER THE HAGUE CONVENTION TO CONFIRM ARBITRATION AWARD AND ENTER JUDGMENT ON DEFENDANTS, Hydrospace Ltd. and David Smith, and related documents.

Respectfully submitted,

CISLO & THOMAS LLP

Dated: August 7th, 2009         By: /s/
                                    Daniel M. Cislo, Esq.
                                    Kristin B. Kosinski, Esq.

                                Attorneys for Petitioner,
                                Kirby Morgan Dive Systems, Inc.

T:\08-21581\NOTICE TO COURT OF PROOF OF SERVICE.DOC

# PROOF OF SERVICE

I am over the age of eighteen (18) years, employed in the County of Los Angeles, and not a party to the above-entitled action. My business address is 1333 2nd Street, Suite 500, Santa Monica, California 90401-4110.

On August 7, 2009, I served:

**KIRBY MORGAN DIVE SYSTEMS, INC.'S NOTICE OF FILING OF PROOFS OF SERVICE UNDER THE HAGUE CONVENTION ON HYDROSPACE, LTD. AND DAVID SMITH OF PETITION TO CONFIRM ARBITRATION AWARD AND ENTER JUDGMENT**

by placing a true copy thereof in a sealed envelope, addressed as follows to:

| | |
|---|---|
| Hydrospace Limited<br>National Hyperbaric Centre<br>123 Ashgrove Road West, Road,<br>Aberdeen, AB16 5HA, Scotland UK | David Smith<br>National Hyperbaric Centre<br>123 Ashgrove Road West, Road,<br>Aberdeen, AB16 5HA, Scotland UK |

☒ **BY MAIL**: I am readily familiar with the Firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on the same day with a postage thereon fully prepaid at Santa Monica, California, in the ordinary course of business. I am aware that, on the motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing shown on this proof of service.

☐ **BY FACSIMILE**: I caused a copy of such document to be sent via facsimile machine to the office(s) of the addressee(s) at the phone number(s) shown above.

☐ **BY PERSONAL SERVICE**

  ☐ FEDERAL COURT: I caused such envelope to be delivered by hand to the offices of the addressee(s).

  ☐ STATE COURT: I caused such envelope to be delivered by hand to the offices of the addressee(s).

☒ **FEDERAL**: I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on August 7, 2009, at Santa Monica, California.

_Laura Banuelos_
Laura Banuelos