# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRBY MORGAN DIVE SYSTEMS, INC.<br>　　　PLAINTIFF/PETITIONER<br>VS.<br>HYDROSPACE, LTD; DAVID SMITH<br>　　　DEFENDANT/RESPONDENT | CAUSE #:  CV09-4934 RSWL (JEMx)<br><br>CERTIFICATE OF SERVICE |

This service has been completed in compliance with the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters (Done at The Hague November 15, 1965) (Entered Into Force for the U.S. on February 10, 1969). The Certificate of Service attached is also in compliance.

**ABC Legal Services, Inc.**
633 Yesler Way, Seattle, WA 98104
206 521-9000
TRACKING #: 5950400

**ORIGINAL
PROOF OF SERVICE**

CISLO & THOMAS, LLP
1333 2ND STREET SUITE 500
SANTA MONICA, CA 90401-4100
310 451 0647
Page 1 of 1

# CERTIFICATE

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

1.  that the document has been served

    - the (date): **22 July 2009**

at ( place, street, number): **National Hyperbaric Centre, 123 Ashgrove Road West, Road, Aberdeen, AB16 5HA, Scotland UK.**

      in one of the following methods authorised by article 5:-

      (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention

The documents referred to in the request have been delivered to:

**Hydrospace Limited**
*Annexes*

Documents returned: **One Copy**

In appropriate cases, documents establishing the service:

Done at:  **Edinburgh**

Signature.. *[signature]*

Date: 28 July 2009

For Civil Justice and International
Division, Scottish Executive Justice
Department, 2nd Floor West,
St Andrews House
Regent Road
Edinburgh EH1 3DG

## EXECUTION OF SERVICE

**On 22 July 2009**, in accordance with Article 5 of the Hague Convention of 15 November 1965, a copy of the attached process was served on **Hydrospace Limited.**

**ADDRESS OF WHO RECEIVED PAPERS**

**National Hyperbaric Centre, 123 Ashgrove Road West, Aberdeen, AB16 5FA, Scotland UK.**

Documents were served by Fedex Courier, Consignment Number 08571035911. The documents were signed for.

Signature......*[signature]*..........................................................

Civil Justice and International Division
Scottish Executive Justice Department
St Andrew's House
Regent Road
Edinburgh
EH1 3DG

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| Rick Hamilton<br>633 Yesler Way<br>Seattle, WA 98104<br>United States of America<br><br>Authorized applicant pursuant to public law 97-351 of Feb. 26, 1983 which amended rule 4(c) 2(a) Federal Rules of Civil Procedure | THE SCOTTISH EXECUTIVE JUSTICE DEPT.<br>CIVIL JUSTICE AND INTERNATIONAL DIVISION<br>2ND FLOOR WEST, ST. ANDREW'S HOUSE<br>REGENT ROAD<br>EDINBURGH   EH1 3DG |

The undersigned applicant has the honour to transmit-in-duplicate the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.;
 (identity and address)

**HYDROSPACE, LTD**
**NATIONAL HYPERBARIC CENTRE**
**123 ASHGROVE ROAD WEST**
**ABERDEEN AB16 5FA**
**SCOTLAND**
DOB:                              Phone:

☒ (a) in accordance with the provisons of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5):*
_____
_____

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of aticle 5).*

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes* – with a certificate as provided on the reverse side.

Hearing Date:
List of documents:
 SEE ATTACHED LIST

Done at Seattle, Washington USA, on Jul 14 2009

Signature and/or stamp

*[signature: Rick Hamilton]*

**PFI** | PROCESS FORWARDING INTERNATIONAL


TRACKING #: 5950400

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)

# LIST OF DOCUMENTS

1. NOTICE TO PARTIES OF ADR PILOT PROGRAM
2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF HEARING AND PETITION TO CONFIRM ARBITRATION AWARD AND ENTER JUDGMENT
3. CERTIFICATION AS TO INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1
4. NOTICE OF HEARING ON PETITION TO CONFIRM ARBITRATION AWARD AND ENTER JUDGMENT
5. CIVIL COVER SHEET
6. PROOF OF SERVICE
7. UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA CIVILITY AND PROFESSIONALISM GUIDELINES
8. (PROPOSED) ORDER
9. PETITION TO CONFIRM ARBITRATON AWARD AND ENTER JUDGMENT
10. (PROPOSED) JUDGMENT

# SUMMARY OF THE DOCUMENT TO BE SERVED

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

(article 5, fourth paragraph)

Name and address of the requesting authority:  Rick Hamilton
633 Yesler Way
Seattle, WA 98104
United States of America

Particulars of the parties:

KIRBY MORGAN DIVE SYSTEMS, INC.        vs.    HYDROSPACE, LTD; DAVID SMITH

## JUDICIAL DOCUMENT*

Nature of the document:
To give notice to the Defendant of Plaintiff's request to enforce an arbitration award.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
Plaintiff is seeking to enforce an arbitration award of $1,729,689.4.

Date and place for entering appearance:*
n/a

Court which has given judgment:*
n/a

Date of judgment:*
n/a

Time limits stated in the document:*
   Hearing Date:

## EXTRAJUDICIAL DOCUMENT*

Name and purpose of the document:
n/a

Time limits stated in the document:*
n/a