CONFORM COPY

Daniel M. Cislo, Esq., No. 125,378
dancislo@cislo.com
Kristin B. Kosinski, Esq., No. 237,555
kkosinski@cislo.com
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401-4110
Telephone: (310) 451-0647
Telefax: (310) 394-4477

Attorneys for Petitioner
Kirby Morgan Dive Systems, Inc.

E-FILED 01-13-10

JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kirby Morgan Dive Systems, Inc., a California corporation,<br><br>Petitioner,<br><br>v.<br><br>Hydrospace, Ltd., a Scottish Limited Liability Corporation and David Smith, an individual resident of Scotland,<br><br>Respondents. | CASE NO. CV09-04934 PSG (FFMx)<br><br>[PROPOSED] JUDGMENT |

WHEREAS, Petitioner Kirby Morgan Dive Systems ("Kirby Morgan") filed a Petition to Confirm Arbitration Award and Enter Judgment in July, 2009; and

WHEREAS, on August ___, 2009, the Court in Department __ heard, and upon good cause shown, granted the Petition; and

WHEREAS, for good cause appearing therefore;

**IT IS ADJUDGED, ORDERED AND DECREED THAT** judgment is hereby entered:

(1) Confirming the Final Arbitration Award dated May 28, 2009 by the arbitrator in the matter of the arbitration between Kirby Morgan and Hydrospace, Ltd. ("Hydrospace") and David Smith ("Smith"), before the American Arbitration Association (attached hereto);

(2) Confirming the findings in the Arbitration Award that Hydrospace and Smith breached a dealer agreement with Kirby Morgan, infringed Kirby Morgan's trademarks and trade dress, infringed Kirby Morgan's copyrights, misappropriated Kirby Morgan's trade secrets, intentionally and negligently interfered with Kirby Morgan's prospective economic relations, and unfairly competed, resulting in damage to Kirby Morgan;

(3) Awarding to Petitioner Kirby Morgan damages, costs, and fees in the amount of ~~$1,729,689.04~~ $1,709,064.04; and

(4) Entering an injunction requiring Respondents Hydrospace and Smith, their agents, employees, and all other persons, firms, or corporations acting or claiming to act on their behalf or in concert or participation with them who receive notice of this injunction, to do the following:

(a) Permanently refrain from infringing Kirby Morgan's trademarks, trade dress and copyrights as shown in the Arbitration Award,

2

Attachment B (attached hereto as Exhibit AAA) or from infringing any trademarks, trade dress, and copyrights substantially similar to those in the attachment;

(b) Return any materials that contain Kirby Morgan's confidential information such as marketing plans, price lists, future product specifications, and any other information given to them by Kirby Morgan over the course of the Dealer Agreement related to Kirby Morgan's products, new products, projected innovation, customer lists, and pricing;

(c) Return any of Kirby Morgan's products in their inventory or in the inventory of the National Hyperbaric Centre, including any spare parts, shells, complete helmets, and Band Masks;

(d) Relinquish any helmet molds in their possession, custody, or control or in the possession, custody, or control of any of Smith's aliases or fictitious business names that infringe the trademarks or trade dress as shown in the Arbitral Award, Attachment B (attached hereto as Exhibit AAA) or those that are substantially similar to the trademarks or trade dress in the attachment;

(e) Refrain from improperly interfering with Kirby Morgan's business and customers by unfairly competing in violation of the parties' agreement; for example, by not manufacturing the competing dive products line for a non-compete period of up to July 24, 2010, ("non-compete period");

1  (f)  Refrain from participating in the design, manufacturing, or production of any products or services competitive in any respect for the non-compete period; and

(g)  Refrain from selling the competing line of dive products under the guise of any other corporate entities owned by Smith or any other aliases or fictitious business names during the non-compete period.

DATED: 1/13/10

PHILIP S. GUTIERREZ
The Honorable _____
Judge of the Central District Court

///
///
///

4